## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| CHARLES E. JUSTICE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO.: 3:08-CV-171-TS |
| | ) | |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY ADMINISTRATION, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Plaintiff Charles E. Justice, a *pro se* prisoner, filed a Complaint against the
Commissioner of the Social Security Administration. The Plaintiff alleges that his ex-wife
improperly receives child support benefits that are derived from his social security benefits. He
challenges the paternity of the children and requests that the Court reverse the Commissioner's
decision granting them benefits. On May 21, 2008, the Court referred this matter to Magistrate
Judge Christopher Nuechterlein for a report and recommendation. Magistrate Judge Nuechterlein
filed a Report and Recommendation on November 7, recommending that the Court dismiss the
Plaintiff's claim pursuant to 28 U.S.C. § 1915A because he has not stated a claim upon which
this Court can grant relief.

On November 20, the Plaintiff moved for an extension of time to file his brief, which the
Court construed as a request for an extension of time to file objections to the Magistrate Judge's
November 7 Report and Recommendation. The Court extended the Plaintiff's deadline to
December 29. On December 9, the Plaintiff filed a letter to the Magistrate Judge asking that the
Court allow a DNA test of one of the minor children "so that the true father can be ascertained
and support payments appropriately dispensed." (Pl. Letter, DE 15.)

Although this Court must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made," 28 U.S.C. § 636(b)(1), the Plaintiff's letter, which is his only filing in response to the Report, does not address either of the grounds presented in the Report and Recommendation in support of dismissal: (1) that the Complaint does not assert grounds for federal subject matter jurisdiction; and (2) that the Complaint does not establish that the Plaintiff has standing to bring the suit.

Having reviewed the Report and Recommendation prepared by the Magistrate Judge, the Court ADOPTS the Report and Recommendation [DE 12] and ACCEPTS the recommended disposition. Accordingly, the Plaintiff's case is DISMISSED pursuant to the Court's screening function, 28 U.S.C. § 1915A, for failure to state a claim upon which relief can be granted.

SO ORDERED on January 12, 2009.

 s/ Theresa L. Springmann
THERESA L. SPRINGMANN
UNITED STATES DISTRICT COURT
FORT WAYNE DIVISION